# United States Court of Appeals

### For the Eighth Circuit

_____

No. 17-3575

_____

Kasib Tauheed Bilal

*Plaintiff - Appellant*

v.

IDS Property Casualty Insurance Company, (originally named as Progressive
Home Owners & Auto Insurance Company)

*Defendant - Appellee*

Ameriprise Auto & Home Insurance

*Defendant*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Little Rock

_____

Submitted: September 24, 2018
Filed: October 16, 2018
[Published]

_____

Before KELLY, ERICKSON, and GRASZ, Circuit Judges.

_____

PER CURIAM.

In this civil rights action brought under 42 U.S.C. § 1981, Kasib Bilal appeals following the district court's[1] adverse grant of summary judgment. Upon careful de novo review, *see Withers v. Dick's Sporting Goods, Inc.*, 636 F.3d 958, 962 (8th Cir. 2011), we conclude that the district court did not err in granting summary judgment and we find no other basis for reversal.

Accordingly, we affirm. *See* 8th Cir. R. 47B.

————————————————

[1]The Honorable D.P. Marshall Jr., United States District Judge for the Eastern District of Arkansas.